JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO-FRESH PRODUCE, INC.,<br>    Plaintiff,<br><br>            v.<br><br>MF RIKO, INC., et al.,<br>    Defendants. | CV 22-01357 DSF (SKx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Go-Fresh Produce, Inc. on its Perishable Agricultural Commodities Act (PACA) claim and against Defendants MF Riko, Inc., a California Corporation, d/b/a Riko Fresh Produce Co.; Ramiro Espadas; and Michael Green, jointly and severally, in the amount of $45,825.00 in principal damages, $6,201.97 in pre-judgment interest, post-judgment interest at the federal rate, $5,422.50 in attorneys' fees, and $849.16 in costs.  All such sums qualify for trust protection under PACA.

The remaining claims are dismissed without prejudice.

Date: April 6, 2023

_____
Dale S. Fischer
United States District Judge